Opinion issued June 14, 2007








 






In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00466-CV






IN RE DOUGLAS A. TERRY, D.D.S., DOUGLAS A. TERRY, D.D.S., INC.
AND DOUGLAS A. TERRY ENTERPRISES, INC., Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relators, Douglas A. Terry, D.D.S, Douglas
A. Terry, D.D.S., Inc, and Douglas A. Terry Enterprises, Inc., challenge the trial
court's (1) refusal to stay discovery in the underlying case.

 We deny the petition for writ of mandamus.

PER CURIAM



Panel consists of Chief Justice Radack, and Justices Keyes and Higley.

 

1. - 
 
 -